UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARL BEZICK,<br><br>Defendant. | **INFORMATION**<br><br>26 Cr. 0007(NSR) |

**COUNT ONE**
**(CONSPIRACY TO COMMIT MONEY LAUNDERING)**

The United States Attorney charges:

1. From at least in or about September 2021 through at least in or about January 2025, in the Southern District of New York and elsewhere, CARL BEZICK, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

2. It was a part and an object of the conspiracy that CARL BEZICK, the defendant, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction, which transaction affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit, trafficking of controlled substances and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841 and 846, with the intent to promote the

carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

3.      It was further a part and an object of the conspiracy that CARL BEZICK, the defendant, and others known and unknown, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such a financial transaction, which transaction affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit, trafficking of controlled substances and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841 and 846, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## COUNT TWO
### (CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES)

The United States Attorney further charges:

4.      From at least in or about September 2021 through at least in or about February 2025, in the Southern District of New York and elsewhere, CARL BEZICK, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

5.      It was a part and an object of the conspiracy that CARL BEZICK, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

6.  The controlled substances involved in the offense were (i) testosterone enanthate; (ii) trenbolone acetate; and (iii) drostanolone, each an anabolic steroid and a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(E).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

7.  As a result of committing the offense alleged in Count One of this Information, CARL BEZICK, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

8.  As a result of committing the offense alleged in Count Two of this Information, CARL BEZICK, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

9.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value;

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982
Title 21, United States Code, Section 853.)

_____
JAY CLAYTON
United States Attorney