**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2026__

UNITED STATES OF AMERICA          :

                                                    **CRIMINAL NO. 26-CR-007**

                    v.                          :

CARL BEZICK                              :

## ORDER

AND NOW, this 1st day of April, 2026, upon consideration of the foregoing Unopposed Motion for Continuance of Sentencing, and as it appears that the interests of justice are served by granting the requested continuance of the proposed sentencing outweighs the best interests of the public and the Defendant, it is hereby ORDERED and DECREED that pursuant to 19 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, and therefore, sentencing in this matter shall commence on the 18th day of June, 2026 at 12:00 PM and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

The Clerk of Court is directed to terminate the motion at ECF No. 59.

BY THE COURT:

Dated: April 1, 2026          _____
                                              THE HONORABLE NELSON STEPHEN ROMAN